# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 12, 2017

## NO. 03-16-00338-CR

**Joseph Weber, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
AFFIRMED IN PART; REVERSED AND VACATED IN PART –
OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgments of conviction rendered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgments of conviction. Therefore, the Court reverses and vacates the district court's judgments of conviction for aggravated sexual assault and affirms the remainder of the trial court's judgments of conviction. The State shall pay all costs relating to this appeal, both in this Court and the court below.